**No. 45102.**—Protests 916970–G (B), etc., of W. T. Grant Co. et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers are in chief value of decorated glass similar in all material respects to those the subject of Abstract 44140.  The claim at 60 percent under paragraph 218 (f) was therefore sustained.

**No. 45103.**—Protest 24911–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the opera glasses in question are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74).   The protest was therefore sustained.

BEFORE THE SECOND DIVISION, JANUARY 6, 1941

**No. 45104.**—Protests 702168–G, etc., of Akawo & Co., Ltd., et al.   (San Francisco).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 6, 1941

**No. 45105.**—Protest 29633–K of Wood, Niebuhr & Co. (New York).

Opinion by CLINE, J.   When this case was called for hearing there was no appearance on the part of the plaintiffs.   As no evidence was introduced to overcome the presumption of correctness attaching to the collector's action the protest was overruled.

**No. 45106.**—Protest 29227–K of S. Lisk & Bro. (New York).

Opinion by CLINE, J.   The protest was submitted without the introduction of evidence in support of the claim made.   There being nothing in the record to overcome the presumption of correctness attaching to the collector's action the protest was overruled.